**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

Attorney for Defendant,
WINTON XIONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00240-LJO-SKO |
| Plaintiff, | |
| vs. | |
| WINTON XIONG, | ORDER DIRECTING CLERK TO RECONVEY PASSPORT |
| Defendant. | |

Defendant, by and through undersigned counsel, hereby moves the court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to reconvey Winton Xiong's passport, receipt #491101980, to Carol Moses, Attorney for Mr. Xiong.

Respectfully submitted,

Dated: April 25, 2013      /s/ Carol Ann Moses
                           CAROL ANN MOSES
                           Attorney for Defendant,
                           WINTON XIONG

**IT IS SO ORDERED.**

Dated: April 25, 2013      /s/ Lawrence J. O'Neill
                           LAWRENCE J. O'NEILL
                           UNITED STATES DISTRICT JUDGE